Natalia D. Asbill-Bearor, SBN: 281860
Robin K. Perkins, SBN: 131252
PERKINS ASBILL APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
Natalia@perkinsasbill.com

Attorneys for Plaintiff
JOSEPHINE FEALY

Ted Boehm (SBN 183411)
E-Mail: tboehm@fisherphillips.com
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
Telephone: (404) 240-4286

Andrew E. Saxon (SBN 227344)
E-Mail:  asaxon@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
WAGEWORKS, INC.

Paul D. Woodard, Bar No. 282470
Marc S. Schechter, Bar No. 116190
Corey F. Schechter, Bar No. 279964
Madison R. Beck, Bar No. 341072
BUTTERFIELD SCHECHTER LLP
10021 Willow Creek Road, Suite 200
San Diego, California 92131-1603
(858) 444-2300/FAX (858) 444-2345
pwoodard@bsllp.com
mschechter@bsllp.com
cschechter@bsllp.com
mbeck@bsllp.com

Attorneys for Defendant
ISP2 Oakland, Inc., and
ISP2 Oakland, Inc. Group Health Care Plan

///

///

JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE FEALY,<br><br>Plaintiff,<br><br>vs.<br><br>ISP2 OAKLAND, INC.; ISP2 OAKLAND, INC.'S GROUP HEALTH CARE PLAN; WAGEWORKS, Inc.; DOE 1 in its capacity as Plan Fiduciary; WAGEWORKS, Inc., as Co-Fiduciary,<br><br>Defendants. | Case No.: 3:22-cv-02252-RS<br><br>JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

**IT IS SO STIPULATED:**

Dated: October 10, 2022       FISHER & PHILLIPS LLP

                    By:    /s/*Ted Boehm*
                           Ted Boehm
                           Attorneys for Defendants
                           WAGEWORKS, INC.

Dated: October 10, 2022       PERKINS ASBILL, a Professional Law
                              Corporation

                    By:    */s/ Natalia D. Asbill-Bearor*
                           Natalia D. Asbill-Bearor
                           Attorneys for Plaintiff
                           JOSEPHINE FEALY

///
//

JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE
2

Dated: October 10, 2022           BUTTERFIELD SCHECHTER LLP

                                   By:   /s/*Paul D. Woodard*
                                         Paul D. Woodard
                                         Attorneys for Defendants
                                         ISP2 Oakland, Inc.; ISP2 Oakland, Inc.'s Group
                                         Health Care Plan

**IT IS SO ORDERED.**

Dated: October 11, 2022           By:   [signature]
                                         RICHARD SEEBORG
                                         Chief Judge Northern District of California

PERKINS ASBILL
APLC
707 Commons Drive,
Suite 201
Sacramento, CA 95825
(916) 446-2000
www.perkinsasbill.com

JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE
3